# Exhibit 1

**Registration #:**   VAu001229868
**Service Request #:**   1-2586728542

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-229-868

**Effective Date of Registration:**
July 26, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Chicago Travel and Aerial Photographs Including The Grateful Dead at Soldier Field |
| **Previous or Alternate Title:** | Individual Unpublished Works |
| **Content Title:** | Shedd_Aquarium_Chicago_aerialdsc_0643.jpg;<br>Soldier_Field_Chicago_aerial_July_2_2015dsc_0629.jpg;<br>Soldier_Field_Chicago_aerialdsc_0631.jpg;<br>Soldier_Field_Chicago_aerialdsc_0672.jpg;<br>Soldier_Field_Chicago_aerialdsc_0674.jpg;<br>Soldier_Field_Grateful_Dead_sunset.jpg;<br>Sydney_R_Marovitz_Golf_Course_aerial_Chicagodsc_0962.jpg;<br>Sydney_R_Marovitz_Golf_Course_aerial_Chicagodsc_0969.jpg;<br>Sydney_R_Marovitz_Golf_Course_Chicago_aerialdsc_0992.jpg;<br>Sydney_R_Marovitz_Golf_Course_Chicago_aerialdsc_0997.jpg;<br>Tall_Ship_Windy_Chicago_dsc2144.jpg;<br>The_Chandler_Condominium_Chicago_aerialdsc_0773.jpg;<br><br>Harbor_Point_Condominium_Chicago_aerialdsc_0766.jpg;<br>Jackson_Park_Chicago_aerialdsc_0496.jpg;<br>Jackson_Park_Chicago_aerialdsc_0501.jpg;<br>Jackson_Park_Chicago_aerialdsc_0520.jpg;<br>Jardine_Water_Filtration_Plant_Chicago_aerialdsc_0858.jpg;<br>Kevin_Wendy_Soldier_Field.jpg;<br>Lincoln_Park_Conservatory_aerial_Chicagodsc_0941.jpg;<br>Lincoln_Park_Zoo_aerial_Chicagodsc_0937.jpg;<br>Maggie_Daley_Parkimg_20150702_163159236_hdr.jpg;<br>Montrose_Beach_Chicago_aerialdsc_0978.jpg;<br>Museum_of_Science_and_Industry_Chicago_aerial_0464.jpg;<br>Museum_of_Science_and_Industry_Chicago_aerialdsc_0451.jpg;<br>Museum_of_Science_and_Industry_Chicago_aerialdsc_0459.jpg;<br>Museum_of_Science_and_Industry_Chicago_aerialdsc_0528.jpg;<br>Navy_Pier_Chicago_dsc2154.jpg;<br>North_Avenue_Beach_House_aerial_Chicagodsc_0909.jpg;<br>North_Avenue_Beach_House_aerial_Chicagodsc_0915.jpg;<br>North_Shore_Beach_aerial_Chicagodsc_0920.jpg;<br>Northerly_Island_Chicago_aerialdsc_0595.jpg;<br>Oakwood_Beach_Chicago_aerial_Burnham_Parkdsc_0559.jpg;<br>OHare_International_Airport_Emergency_Response_dsc3821.jpg;<br>Promontory_Point_Park_Chicago_aerialdsc_0535.jpg;<br>Rivercity_Condominiums_Chicago_aerialdsc_1139.jpg;<br>Seadog_Cruises_Chicago_dsc2138.jpg;<br>Shedd_Aquarium_Chicago_aerialdsc_0633.jpg; |

H3bDSC_1383.jpg;
H3bDSC_1384.jpg;
H3bDSC_1385.jpg;
H3bDSC_1386.jpg;
H3bDSC_1390.jpg;
H3bDSC_1391.jpg;
H3bDSC_1396.jpg;
H3bDSC_1397.jpg;
H3bDSC_1400.jpg;
H3bDSC_1413.jpg;
H3bDSC_1414.jpg;
H3bDSC_1417.jpg;
H3bDSC_1419.jpg;
H3bDSC_1420.jpg;
H3bDSC_1422.jpg;
H3bDSC_1424.jpg;
H3bDSC_1425.jpg;
H3bDSC_1427.jpg;
H3bDSC_1428.jpg;
H3bDSC_1430.jpg;
H3bDSC_1431.jpg;
H3bDSC_1442.jpg;
H3bDSC_1444.jpg;
H3bDSC_1445.jpg;
H3bDSC_1447.jpg;
H3bDSC_1448.jpg;
H3bDSC_1449.jpg;
H3bDSC_1450.jpg;
H3bDSC_1452.jpg;
H3bDSC_1461.jpg;
H3bDSC_1470.jpg;
H3bDSC_1471.jpg;
H3bDSC_1474.jpg;
H3bDSC_1475.jpg;
H3bDSC_1479.jpg;
H3bDSC_1480.jpg;
H3bDSC_1482.jpg;
H3bDSC_1483.jpg;
H3bDSC_1484.jpg;
H3bDSC_1487.jpg;
H3bDSC_1489.jpg;
H3bDSC_1497.jpg;
H3bDSC_1500.jpg;
H3bDSC_1502.jpg;
H3bDSC_1508.jpg;
H3bDSC_1509.jpg;
H3bDSC_1510.jpg;
H3bDSC_1512.jpg;
H3bDSC_1513.jpg;
Harbor_Point_Condominium_Chicago_aerialdsc_0748.jpg;

H3aDSC_0957.jpg;
H3aDSC_0982.jpg;
H3aDSC_1000.jpg;
H3aDSC_1005.jpg;
H3aDSC_1031.jpg;
H3aDSC_1033.jpg;
H3aDSC_1035.jpg;



H3aDSC_1037.jpg;
H3aDSC_1045.jpg;
H3aDSC_1047.jpg;
H3aDSC_1049.jpg;
H3aDSC_1053.jpg;
H3aDSC_1054.jpg;
H3aDSC_1059.jpg;
H3aDSC_1062.jpg;
H3aDSC_1067.jpg;
H3aDSC_1071.jpg;
H3aDSC_1074.jpg;
H3aDSC_1075.jpg;
H3aDSC_1077.jpg;
H3aDSC_1094.jpg;
H3aDSC_1097.jpg;
H3aDSC_1099.jpg;
H3aDSC_1105.jpg;
H3aDSC_1116.jpg;
H3aDSC_1123.jpg;
H3aDSC_1135.jpg;
H3aDSC_1138.jpg;
H3aDSC_1141.jpg;
H3aDSC_1143.jpg;
H3aDSC_1144.jpg;
H3aDSC_1148.jpg;
H3aDSC_1153.jpg;
H3aDSC_1154.jpg;
H3aDSC_1156.jpg;
H3aDSC_1159.jpg;
H3aDSC_1165.jpg;
H3aDSC_1178.jpg;
H3aDSC_1182.jpg;
H3aDSC_1198.jpg;
H3bDSC_1199.jpg;
H3bDSC_1205.jpg;
H3bDSC_1206.jpg;
H3bDSC_1210.jpg;
H3bDSC_1212.jpg;
H3bDSC_1214.jpg;
H3bDSC_1215.jpg;
H3bDSC_1218.jpg;
H3bDSC_1224.jpg;
H3bDSC_1225.jpg;
H3bDSC_1227.jpg;
H3bDSC_1228.jpg;
H3bDSC_1239.jpg;
H3bDSC_1242.jpg;
H3bDSC_1243.jpg;
H3bDSC_1244.jpg;
H3bDSC_1245.jpg;
H3bDSC_1250.jpg;
H3bDSC_1262.jpg;
H3bDSC_1265.jpg;
H3bDSC_1266.jpg;
H3bDSC_1267.jpg;
H3bDSC_1268.jpg;
H3bDSC_1275.jpg;
H3bDSC_1277.jpg;

H3bDSC_1281.jpg;
H3bDSC_1283.jpg;
H3bDSC_1292.jpg;
H3bDSC_1295.jpg;
H3bDSC_1303.jpg;
H3bDSC_1326.jpg;
H3bDSC_1334.jpg;
H3bDSC_1340.jpg;
H3bDSC_1343.jpg;
H3bDSC_1348.jpg;

H3aDSC_0437.jpg;
H3aDSC_0476.jpg;
H3aDSC_0478.jpg;
H3aDSC_0482.jpg;
H3aDSC_0486.jpg;
H3aDSC_0489.jpg;
H3aDSC_0492.jpg;
H3aDSC_0495.jpg;
H3aDSC_0506.jpg;
H3aDSC_0511.jpg;
H3aDSC_0515.jpg;
H3aDSC_0523.jpg;
H3aDSC_0527.jpg;
H3aDSC_0531.jpg;
H3aDSC_0540.jpg;
H3aDSC_0546.jpg;
H3aDSC_0547.jpg;
H3aDSC_0577.jpg;
H3aDSC_0583.jpg;
H3aDSC_0588.jpg;
H3aDSC_0593.jpg;
H3aDSC_0602.jpg;
H3aDSC_0608.jpg;
H3aDSC_0617.jpg;
H3aDSC_0620.jpg;
H3aDSC_0630.jpg;
H3aDSC_0647.jpg;
H3aDSC_0654.jpg;
H3aDSC_0655.jpg;
H3aDSC_0656.jpg;
H3aDSC_0659.jpg;
H3aDSC_0660.jpg;
H3aDSC_0661.jpg;
H3aDSC_0662.jpg;
H3aDSC_0666.jpg;
H3aDSC_0673.jpg;
H3aDSC_0697.jpg;
H3aDSC_0709.jpg;
H3aDSC_0715.jpg;
H3aDSC_0722.jpg;
H3aDSC_0725.jpg;
H3aDSC_0728.jpg;
H3aDSC_0733.jpg;
H3aDSC_0745.jpg;
H3aDSC_0746.jpg;
H3aDSC_0747.jpg;
H3aDSC_0756.jpg;



H3aDSC_0767.jpg;
H3aDSC_0775.jpg;
H3aDSC_0784.jpg;
H3aDSC_0789.jpg;
H3aDSC_0790.jpg;
H3aDSC_0792.jpg;
H3aDSC_0796.jpg;
H3aDSC_0797.jpg;
H3aDSC_0800.jpg;
H3aDSC_0802.jpg;
H3aDSC_0804.jpg;
H3aDSC_0810.jpg;
H3aDSC_0811.jpg;
H3aDSC_0817.jpg;
H3aDSC_0823.jpg;
H3aDSC_0826.jpg;
H3aDSC_0847.jpg;
H3aDSC_0851.jpg;
H3aDSC_0854.jpg;
H3aDSC_0861.jpg;
H3aDSC_0875.jpg;
H3aDSC_0876.jpg;
H3aDSC_0889.jpg;
H3aDSC_0890.jpg;
H3aDSC_0902.jpg;
H3aDSC_0905.jpg;
H3aDSC_0910.jpg;
H3aDSC_0928.jpg;

Grateful_Dead_Soldier_Field_Juily3dsc_1918.jpg;
Grateful_Dead_Soldier_Field_July_3dsc_1927.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2421.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2437.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2476.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2483.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2502.jpg;
Grateful_Dead_Soldier_Field_July_4_dsc2513.jpg;
H3aDSC_0365.jpg;
H3aDSC_0366.jpg;
H3aDSC_0367.jpg;
H3aDSC_0369.jpg;
H3aDSC_0374.jpg;
H3aDSC_0375.jpg;
H3aDSC_0378.jpg;
H3aDSC_0379.jpg;
H3aDSC_0382.jpg;
H3aDSC_0386.jpg;
H3aDSC_0389.jpg;
H3aDSC_0396.jpg;
H3aDSC_0399.jpg;
H3aDSC_0401.jpg;
H3aDSC_0406.jpg;
H3aDSC_0417.jpg;
H3aDSC_0424.jpg;

Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3084.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3335.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3337.jpg;

Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3430.jpg;
Grateful_Dead_Soldier_Field_Chicago_dsc2209.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2216.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2228.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2250.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2263.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2308.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2493.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2530.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_4_dsc2550.jpg;
Grateful_Dead_Soldier_Field_Chicago_July_5_dsc2612.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1801.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1804.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1814.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1822.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1854.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1896.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1897.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1899.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1901.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1903.jpg;
Grateful_Dead_Soldier_Field_Juily3dsc_1911.jpg;

Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1919.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1935.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1937.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1939.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1944.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1954.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1987.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2020.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2024.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2028.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2044.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2055.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2059.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_2065.jpg;
Grateful_Dead_Chicagodsc_1710.jpg;
Grateful_Dead_Chicagodsc_1715.jpg;
Grateful_Dead_Chicagodsc_1744.jpg;
Grateful_Dead_Chicagodsc_1763.jpg;
Grateful_Dead_Soldier_Field_aerial_July_2_2015_dsc_0397.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2924.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2962.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2973.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc2999.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3028.jpg;
Grateful_Dead_Soldier_Field_aerial_July_5_2015__dsc3056.jpg;

FU2DSC_0286.jpg;
FU2DSC_0288.jpg;
FU2DSC_0289.jpg;
FU2DSC_0291.jpg;
FU2DSC_0292.jpg;
FU2DSC_0294.jpg;
FU2DSC_0302.jpg;
FU2DSC_0303.jpg;
FU2DSC_0306.jpg;



FU2DSC_0309.jpg;
FU2DSC_0317.jpg;
FU2DSC_0329.jpg;
FU2DSC_0339.jpg;
FU2DSC_0340.jpg;
FU2DSC_0353.jpg;
Graceland_Cemetery_Chicago_aerialdsc_1001.jpg;
Graceland_Cemetery_Chicago_aerialdsc_1010.jpg;
Grateful_Dead_Chicago_planedsc_1655.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1802.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1803.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1833.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1876.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1898.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1900.jpg;
Grateful_Dead_Chicago_Soldier_Field_July_3_2015dsc_1913.jpg;

Chicago_night_aerial_dsc3149.jpg;
Chicago_night_aerial_dsc3216.jpg;
Chicago_night_aerial_dsc3262.jpg;
Chicago_night_aerial_dsc3279.jpg;
Chicago_night_aerial_dsc3288.jpg;
Chicago_night_aerial_dsc3301.jpg;
Chicago_night_aerial_dsc3544.jpg;
Chicago_night_aerial_dsc3547.jpg;
Chicago_night_aerial_dsc3599.jpg;
Chicago_night_aerial_dsc3649.jpg;
Chicago_night_aerial_dsc3730.jpg;
Chicago_night_aerial_Grateful_Dead_dsc2915.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3044.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3071.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3094.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3405.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3408.jpg;
Chicago_night_aerial_Grateful_Dead_dsc3425.jpg;
Chicago_park_lakefrontdsc_0425.jpg;
Chicago_railyard_aerialdsc_0315.jpg;
Chicago_railyard_aerialdsc_0316.jpg;
Chicago_Railyard_dsc3835.jpg;
Chicago_Railyard_dsc3837.jpg;
Chicago_railyarddsc_0268.jpg;
Chicago_skyline_aerialdsc_0730.jpg;
Chicago_skyline_aerialdsc_0805.jpg;
Chicago_skyline_night_aerial_dsc3210.jpg;
Chicago_skyline_night_aerial_dsc3281.jpg;
Chicago_skyscraperdsc_1642.jpg;
Direct_TV_Blimp_Chicago_dsc3390.jpg;
Diversey_Yacht_Club_aerial_Chicagodsc_0943.jpg;
Domain_Condominiums_900_N_Kingsbury_St_aerial_Chicagodsc_1101.jpg;
Dusable_Harbor_Chicago_aerialdsc_0754.jpg;
East_Hyde_Park_Chicago_aerialdsc_0470.jpg;
FH1_DSC3823.jpg;
FH1_DSC3832.jpg;
FH1_DSC3836.jpg;
FU2DSC_0217.jpg;
FU2DSC_0218.jpg;
FU2DSC_0232.jpg;
FU2DSC_0256.jpg;

FU2DSC_0257.jpg;
FU2DSC_0258.jpg;
FU2DSC_0271.jpg;
FU2DSC_0273.jpg;
FU2DSC_0274.jpg;
FU2DSC_0277.jpg;
FU2DSC_0279.jpg;
FU2DSC_0283.jpg;
FU2DSC_0285.jpg;

Chicago_DSC3814.jpg;
Chicago_DSC3817.jpg;
Chicago_Harbor_Lighthouse_aerialdsc_0828.jpg;
Chicago_Helicopter_Experience_aerialdsc_1491.jpg;
Chicago_Navy_Pier_aerialdsc_0776.jpg;
Chicago_Navy_Pier_aerialdsc_0780.jpg;
Chicago_Navy_Pier_aerialdsc_0783.jpg;
Chicago_Navy_Pier_skyline_aerialdsc_0848.jpg;
Chicago_night_aerial_dsc2643.jpg;
Chicago_night_aerial_dsc2660.jpg;
Chicago_night_aerial_dsc2667.jpg;
Chicago_night_aerial_dsc2696.jpg;
Chicago_night_aerial_dsc2723.jpg;
Chicago_night_aerial_dsc2733.jpg;
Chicago_night_aerial_dsc2766.jpg;
Chicago_night_aerial_dsc2790.jpg;
Chicago_night_aerial_dsc2811.jpg;
Chicago_night_aerial_dsc2835.jpg;
Chicago_night_aerial_dsc2840.jpg;
Chicago_night_aerial_dsc2849.jpg;
Chicago_night_aerial_dsc2851.jpg;
Chicago_night_aerial_dsc2869.jpg;
Chicago_night_aerial_dsc2876.jpg;
Chicago_night_aerial_dsc3118.jpg;
Chicago_night_aerial_dsc3131.jpg;

Chicago_DSC3684.jpg;
Chicago_DSC3693.jpg;
Chicago_DSC3694.jpg;
Chicago_DSC3695.jpg;
Chicago_DSC3696.jpg;
Chicago_DSC3699.jpg;
Chicago_DSC3700.jpg;
Chicago_DSC3701.jpg;
Chicago_DSC3702.jpg;
Chicago_DSC3703.jpg;
Chicago_DSC3704.jpg;
Chicago_DSC3705.jpg;
Chicago_DSC3706.jpg;
Chicago_DSC3707.jpg;
Chicago_DSC3709.jpg;
Chicago_DSC3711.jpg;
Chicago_DSC3713.jpg;
Chicago_DSC3714.jpg;
Chicago_DSC3715.jpg;
Chicago_DSC3719.jpg;
Chicago_DSC3720.jpg;
Chicago_DSC3722.jpg;



Chicago_DSC3723.jpg;
Chicago_DSC3725.jpg;
Chicago_DSC3727.jpg;
Chicago_DSC3734.jpg;
Chicago_DSC3736.jpg;
Chicago_DSC3740.jpg;
Chicago_DSC3741.jpg;
Chicago_DSC3744.jpg;
Chicago_DSC3749.jpg;
Chicago_DSC3753.jpg;
Chicago_DSC3755.jpg;
Chicago_DSC3756.jpg;
Chicago_DSC3760.jpg;
Chicago_DSC3763.jpg;
Chicago_DSC3764.jpg;
Chicago_DSC3770.jpg;
Chicago_DSC3774.jpg;
Chicago_DSC3776.jpg;
Chicago_DSC3780.jpg;
Chicago_DSC3782.jpg;
Chicago_DSC3784.jpg;
Chicago_DSC3785.jpg;
Chicago_DSC3786.jpg;
Chicago_DSC3792.jpg;
Chicago_DSC3795.jpg;
Chicago_DSC3802.jpg;
Chicago_DSC3807.jpg;
Chicago_DSC3812.jpg;

Chicago_aerial_skylinedsc_0411.jpg;
Chicago_aerial_skylinedsc_0413.jpg;
Chicago_aerial_skylinedsc_0435.jpg;
Chicago_aerial_skylinedsc_0862.jpg;
Chicago_aerial_skylinedsc_1114.jpg;
Chicago_aerial_skylinedsc_1131.jpg;
Chicago_aerial_skylinedsc_1150.jpg;
Chicago_aerial_skylinedsc_1232.jpg;
Chicago_aerial_skylinedsc_1421.jpg;
Chicago_aerial_skylinedsc_1477.jpg;
Chicago_beach_Pier_31dsc_0415.jpg;
Chicago_city_night_aerial_dsc2803.jpg;
Chicago_city_night_aerial_dsc2826.jpg;
Chicago_Corinthian_Yacht_Club_aerialdsc_0970.jpg;
Chicago_Corinthian_Yacht_Club_aerialdsc_0977.jpg;
Chicago_DSC3601.jpg;
Chicago_DSC3602.jpg;
Chicago_DSC3603.jpg;
Chicago_DSC3604.jpg;
Chicago_DSC3605.jpg;
Chicago_DSC3606.jpg;
Chicago_DSC3607.jpg;
Chicago_DSC3608.jpg;
Chicago_DSC3609.jpg;
Chicago_DSC3610.jpg;
Chicago_DSC3611.jpg;
Chicago_DSC3612.jpg;
Chicago_DSC3613.jpg;
Chicago_DSC3614.jpg;

Chicago_DSC3615.jpg;
Chicago_DSC3616.jpg;
Chicago_DSC3617.jpg;
Chicago_DSC3618.jpg;
Chicago_DSC3619.jpg;
Chicago_DSC3620.jpg;
Chicago_DSC3621.jpg;
Chicago_DSC3622.jpg;
Chicago_DSC3623.jpg;
Chicago_DSC3624.jpg;
Chicago_DSC3625.jpg;
Chicago_DSC3626.jpg;
Chicago_DSC3627.jpg;
Chicago_DSC3628.jpg;
Chicago_DSC3629.jpg;
Chicago_DSC3630.jpg;
Chicago_DSC3632.jpg;
Chicago_DSC3633.jpg;
Chicago_DSC3634.jpg;
Chicago_DSC3635.jpg;
Chicago_DSC3636.jpg;
Chicago_DSC3637.jpg;
Chicago_DSC3638.jpg;
Chicago_DSC3640.jpg;
Chicago_DSC3643.jpg;
Chicago_DSC3646.jpg;
Chicago_DSC3651.jpg;
Chicago_DSC3652.jpg;
Chicago_DSC3653.jpg;
Chicago_DSC3655.jpg;
Chicago_DSC3656.jpg;
Chicago_DSC3659.jpg;
Chicago_DSC3663.jpg;
Chicago_DSC3666.jpg;
Chicago_DSC3667.jpg;
Chicago_DSC3668.jpg;
Chicago_DSC3669.jpg;
Chicago_DSC3671.jpg;
Chicago_DSC3673.jpg;
Chicago_DSC3674.jpg;
Chicago_DSC3675.jpg;
Chicago_DSC3676.jpg;
Chicago_DSC3678.jpg;
Chicago_DSC3679.jpg;
Chicago_DSC3680.jpg;
Chicago_DSC3683.jpg;

9a__DSC3460.jpg;
9a__DSC3461.jpg;
9a__DSC3467.jpg;
9a__DSC3475.jpg;
9a__DSC3479.jpg;
9a__DSC3487.jpg;
9a__DSC3488.jpg;
9a__DSC3493.jpg;
9a__DSC3494.jpg;
9a__DSC3506.jpg;
9a__DSC3512.jpg;



9a__DSC3525.jpg;
9a__DSC3527.jpg;
9a__DSC3528.jpg;
9a__DSC3532.jpg;
9a__DSC3534.jpg;
9a__DSC3535.jpg;
9a__DSC3537.jpg;
9a__DSC3538.jpg;
9a__DSC3563.jpg;
9a__DSC3577.jpg;
9a__DSC3578.jpg;
9a__DSC3579.jpg;
9a__DSC3581.jpg;
9a__DSC3583.jpg;
9a__DSC3584.jpg;
9a__DSC3585.jpg;
9a__DSC3588.jpg;
9a__DSC3589.jpg;
9a__DSC3592.jpg;
9a__DSC3593.jpg;
9a_dsc2882.jpg;
31st_Street_Harbor_Landside_and_Marina_Chicago_aerialdsc_0572.jpg;
Adler_Planetarium_Chicago_aerialdsc_0624.jpg;
Adler_Planetarium_Chicago_aerialdsc_0639.jpg;
Aerial_Chicago_medsc_0885.jpg;
Aerial_Chicago_skylinedsc_0897.jpg;
American_Airlines_OHare_International_Airport_dsc3827.jpg;
American_Airlines_OHare_International_Airport_dsc3829.jpg;
Belmont_Harbor_aerial_Chicagodsc_0960.jpg;
Belmont_Yacht_Club_aerial_Chicagodsc_0948.jpg;
Belmont_Yacht_Club_aerial_Chicagodsc_0951.jpg;
Buckingham_Fountain_Chicago_aerialdsc_0737.jpg;
Buckingham_Fountain_Chicago_aerialdsc_0743.jpg;
Chicago_aerial_night_3631.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1174.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1177.jpg;
Chicago_aerial_skyline_Grant_Parkdsc_1184.jpg;
Chicago_aerial_skylinedsc_0383.jpg;
Chicago_aerial_skylinedsc_0398.jpg;

9a__DSC3261.jpg;
9a__DSC3267.jpg;
9a__DSC3269.jpg;
9a__DSC3271.jpg;
9a__DSC3272.jpg;
9a__DSC3275.jpg;
9a__DSC3276.jpg;
9a__DSC3278.jpg;
9a__DSC3280.jpg;
9a__DSC3282.jpg;
9a__DSC3291.jpg;
9a__DSC3292.jpg;
9a__DSC3293.jpg;
9a__DSC3297.jpg;
9a__DSC3298.jpg;
9a__DSC3299.jpg;
9a__DSC3302.jpg;
9a__DSC3303.jpg;

9a__DSC3304.jpg;
9a__DSC3305.jpg;
9a__DSC3307.jpg;
9a__DSC3308.jpg;
9a__DSC3310.jpg;
9a__DSC3321.jpg;
9a__DSC3322.jpg;
9a__DSC3323.jpg;
9a__DSC3327.jpg;
9a__DSC3328.jpg;
9a__DSC3331.jpg;
9a__DSC3336.jpg;
9a__DSC3338.jpg;
9a__DSC3342.jpg;
9a__DSC3344.jpg;
9a__DSC3347.jpg;
9a__DSC3348.jpg;
9a__DSC3350.jpg;
9a__DSC3353.jpg;
9a__DSC3355.jpg;
9a__DSC3357.jpg;
9a__DSC3359.jpg;
9a__DSC3362.jpg;
9a__DSC3366.jpg;
9a__DSC3367.jpg;
9a__DSC3368.jpg;
9a__DSC3370.jpg;
9a__DSC3374.jpg;
9a__DSC3382.jpg;
9a__DSC3391.jpg;
9a__DSC3392.jpg;
9a__DSC3393.jpg;
9a__DSC3394.jpg;
9a__DSC3395.jpg;
9a__DSC3396.jpg;
9a__DSC3397.jpg;
9a__DSC3398.jpg;
9a__DSC3399.jpg;
9a__DSC3400.jpg;
9a__DSC3401.jpg;
9a__DSC3402.jpg;
9a__DSC3403.jpg;
9a__DSC3404.jpg;
9a__DSC3410.jpg;
9a__DSC3411.jpg;
9a__DSC3412.jpg;
9a__DSC3416.jpg;
9a__DSC3417.jpg;
9a__DSC3422.jpg;
9a__DSC3423.jpg;
9a__DSC3427.jpg;
9a__DSC3436.jpg;
9a__DSC3438.jpg;
9a__DSC3439.jpg;
9a__DSC3453.jpg;
9a__DSC3454.jpg;
9a__DSC3455.jpg;



9a__DSC3070.jpg;
9a__DSC3072.jpg;
9a__DSC3073.jpg;
9a__DSC3075.jpg;
9a__DSC3077.jpg;
9a__DSC3078.jpg;
9a__DSC3079.jpg;
9a__DSC3080.jpg;
9a__DSC3082.jpg;
9a__DSC3091.jpg;
9a__DSC3102.jpg;
9a__DSC3105.jpg;
9a__DSC3106.jpg;
9a__DSC3107.jpg;
9a__DSC3108.jpg;
9a__DSC3109.jpg;
9a__DSC3112.jpg;
9a__DSC3113.jpg;
9a__DSC3114.jpg;
9a__DSC3117.jpg;
9a__DSC3120.jpg;
9a__DSC3121.jpg;
9a__DSC3123.jpg;
9a__DSC3125.jpg;
9a__DSC3126.jpg;
9a__DSC3127.jpg;
9a__DSC3132.jpg;
9a__DSC3141.jpg;
9a__DSC3142.jpg;
9a__DSC3145.jpg;
9a__DSC3146.jpg;
9a__DSC3147.jpg;
9a__DSC3158.jpg;
9a__DSC3159.jpg;
9a__DSC3162.jpg;
9a__DSC3163.jpg;
9a__DSC3167.jpg;
9a__DSC3170.jpg;
9a__DSC3175.jpg;
9a__DSC3176.jpg;
9a__DSC3177.jpg;
9a__DSC3179.jpg;
9a__DSC3180.jpg;
9a__DSC3186.jpg;
9a__DSC3190.jpg;
9a__DSC3191.jpg;
9a__DSC3193.jpg;
9a__DSC3195.jpg;
9a__DSC3197.jpg;
9a__DSC3199.jpg;
9a__DSC3201.jpg;
9a__DSC3202.jpg;
9a__DSC3205.jpg;
9a__DSC3208.jpg;
9a__DSC3209.jpg;
9a__DSC3212.jpg;
9a__DSC3213.jpg;
9a__DSC3214.jpg;

9a__DSC3217.jpg;
9a__DSC3219.jpg;
9a__DSC3223.jpg;
9a__DSC3227.jpg;
9a__DSC3228.jpg;
9a__DSC3229.jpg;
9a__DSC3230.jpg;
9a__DSC3232.jpg;
9a__DSC3239.jpg;
9a__DSC3241.jpg;
9a__DSC3242.jpg;
9a__DSC3243.jpg;
9a__DSC3244.jpg;
9a__DSC3248.jpg;
9a__DSC3255.jpg;
9a__DSC3257.jpg;
9a__DSC3258.jpg;

9a__DSC2918.jpg;
9a__DSC2919.jpg;
9a__DSC2921.jpg;
9a__DSC2922.jpg;
9a__DSC2926.jpg;
9a__DSC2927.jpg;
9a__DSC2928.jpg;
9a__DSC2929.jpg;
9a__DSC2937.jpg;
9a__DSC2938.jpg;
9a__DSC2954.jpg;
9a__DSC2955.jpg;
9a__DSC2956.jpg;
9a__DSC2957.jpg;
9a__DSC2959.jpg;
9a__DSC2961.jpg;
9a__DSC2963.jpg;
9a__DSC2964.jpg;
9a__DSC2969.jpg;
9a__DSC2971.jpg;
9a__DSC2972.jpg;
9a__DSC2974.jpg;
9a__DSC2975.jpg;
9a__DSC2978.jpg;
9a__DSC2979.jpg;
9a__DSC2983.jpg;
9a__DSC2984.jpg;
9a__DSC2986.jpg;
9a__DSC2987.jpg;
9a__DSC2991.jpg;
9a__DSC2992.jpg;
9a__DSC2998.jpg;
9a__DSC3002.jpg;
9a__DSC3006.jpg;
9a__DSC3007.jpg;
9a__DSC3009.jpg;
9a__DSC3011.jpg;
9a__DSC3013.jpg;
9a__DSC3015.jpg;
9a__DSC3016.jpg;



9a__DSC3017.jpg;
9a__DSC3018.jpg;
9a__DSC3019.jpg;
9a__DSC3020.jpg;
9a__DSC3022.jpg;
9a__DSC3023.jpg;
9a__DSC3027.jpg;
9a__DSC3030.jpg;
9a__DSC3031.jpg;
9a__DSC3032.jpg;
9a__DSC3034.jpg;
9a__DSC3036.jpg;
9a__DSC3039.jpg;
9a__DSC3041.jpg;
9a__DSC3043.jpg;
9a__DSC3046.jpg;
9a__DSC3048.jpg;
9a__DSC3049.jpg;
9a__DSC3050.jpg;
9a__DSC3051.jpg;
9a__DSC3052.jpg;
9a__DSC3053.jpg;
9a__DSC3054.jpg;
9a__DSC3055.jpg;
9a__DSC3057.jpg;
9a__DSC3058.jpg;
9a__DSC3059.jpg;
9a__DSC3060.jpg;
9a__DSC3061.jpg;
9a__DSC3062.jpg;
9a__DSC3063.jpg;
9a__DSC3065.jpg;
9a__DSC3067.jpg;
9a__DSC3068.jpg;
9a__DSC3069.jpg;

8__DSC2570.jpg;
8__DSC2580.jpg;
9a__DSC2605.jpg;
9a__DSC2608.jpg;
9a__DSC2610.jpg;
9a__DSC2614.jpg;
9a__DSC2615.jpg;
9a__DSC2616.jpg;
9a__DSC2619.jpg;
9a__DSC2621.jpg;
9a__DSC2622.jpg;
9a__DSC2636.jpg;
9a__DSC2637.jpg;
9a__DSC2640.jpg;
9a__DSC2644.jpg;
9a__DSC2648.jpg;
9a__DSC2649.jpg;
9a__DSC2653.jpg;
9a__DSC2655.jpg;
9a__DSC2657.jpg;
9a__DSC2659.jpg;
9a__DSC2661.jpg;

9a__DSC2665.jpg;
9a__DSC2668.jpg;
9a__DSC2669.jpg;
9a__DSC2679.jpg;
9a__DSC2683.jpg;
9a__DSC2693.jpg;
9a__DSC2698.jpg;
9a__DSC2699.jpg;
9a__DSC2703.jpg;
9a__DSC2707.jpg;
9a__DSC2709.jpg;
9a__DSC2710.jpg;
9a__DSC2718.jpg;
9a__DSC2721.jpg;
9a__DSC2722.jpg;
9a__DSC2731.jpg;
9a__DSC2734.jpg;
9a__DSC2747.jpg;
9a__DSC2750.jpg;
9a__DSC2751.jpg;
9a__DSC2752.jpg;
9a__DSC2754.jpg;
9a__DSC2755.jpg;
9a__DSC2758.jpg;
9a__DSC2762.jpg;
9a__DSC2764.jpg;
9a__DSC2769.jpg;
9a__DSC2775.jpg;
9a__DSC2780.jpg;
9a__DSC2781.jpg;
9a__DSC2787.jpg;
9a__DSC2791.jpg;
9a__DSC2800.jpg;
9a__DSC2808.jpg;
9a__DSC2813.jpg;
9a__DSC2818.jpg;
9a__DSC2828.jpg;
9a__DSC2855.jpg;
9a__DSC2858.jpg;
9a__DSC2870.jpg;
9a__DSC2871.jpg;
9a__DSC2877.jpg;
9a__DSC2887.jpg;
9a__DSC2889.jpg;
9a__DSC2890.jpg;
9a__DSC2891.jpg;
9a__DSC2893.jpg;
9a__DSC2896.jpg;
9a__DSC2899.jpg;
9a__DSC2903.jpg;
9a__DSC2907.jpg;
9a__DSC2914.jpg;
9a__DSC2916.jpg;

8__DSC2309.jpg;
8__DSC2312.jpg;
8__DSC2315.jpg;
8__DSC2316.jpg;



8__DSC2317.jpg;
8__DSC2318.jpg;
8__DSC2320.jpg;
8__DSC2321.jpg;
8__DSC2323.jpg;
8__DSC2324.jpg;
8__DSC2326.jpg;
8__DSC2327.jpg;
8__DSC2330.jpg;
8__DSC2333.jpg;
8__DSC2335.jpg;
8__DSC2336.jpg;
8__DSC2337.jpg;
8__DSC2341.jpg;
8__DSC2343.jpg;
8__DSC2344.jpg;
8__DSC2347.jpg;
8__DSC2351.jpg;
8__DSC2364.jpg;
8__DSC2371.jpg;
8__DSC2373.jpg;
8__DSC2387.jpg;
8__DSC2391.jpg;
8__DSC2401.jpg;
8__DSC2403.jpg;
8__DSC2407.jpg;
8__DSC2412.jpg;
8__DSC2425.jpg;
8__DSC2427.jpg;
8__DSC2429.jpg;
8__DSC2433.jpg;
8__DSC2434.jpg;
8__DSC2435.jpg;
8__DSC2436.jpg;
8__DSC2438.jpg;
8__DSC2439.jpg;
8__DSC2441.jpg;
8__DSC2442.jpg;
8__DSC2444.jpg;
8__DSC2445.jpg;
8__DSC2455.jpg;
8__DSC2456.jpg;
8__DSC2460.jpg;
8__DSC2464.jpg;
8__DSC2465.jpg;
8__DSC2477.jpg;
8__DSC2491.jpg;
8__DSC2496.jpg;
8__DSC2497.jpg;
8__DSC2503.jpg;
8__DSC2504.jpg;
8__DSC2505.jpg;
8__DSC2524.jpg;
8__DSC2526.jpg;
8__DSC2528.jpg;
8__DSC2529.jpg;
8__DSC2531.jpg;
8__DSC2534.jpg;

8__DSC2543.jpg;
8__DSC2546.jpg;
8__DSC2547.jpg;
8__DSC2553.jpg;
8__DSC2554.jpg;
8__DSC2556.jpg;
8__DSC2558.jpg;
8__DSC2559.jpg;
8__DSC2560.jpg;
8__DSC2561.jpg;
8__DSC2566.jpg;
8__DSC2567.jpg;
8__DSC2569.jpg;

5_DSC_1975.jpg;
5_DSC_1977.jpg;
5_DSC_1978.jpg;
5_DSC_1979.jpg;
5_DSC_1980.jpg;
5_DSC_1990.jpg;
5_DSC_1991.jpg;
5_DSC_1992.jpg;
5_DSC_1998.jpg;
5_DSC_1999.jpg;
5_DSC_2005.jpg;
5_DSC_2006.jpg;
5_DSC_2007.jpg;
5_DSC_2013.jpg;
5_DSC_2018.jpg;
5_DSC_2021.jpg;
5_DSC_2022.jpg;
5_DSC_2023.jpg;
5_DSC_2036.jpg;
5_DSC_2043.jpg;
5_DSC_2052.jpg;
5_DSC_2056.jpg;
5_DSC_2058.jpg;
5_DSC_2060.jpg;
5_DSC_2061.jpg;
5_DSC_2062.jpg;
5_DSC_2063.jpg;
5_DSC_2068.jpg;
5_DSC_2070.jpg;
5_DSC_2071.jpg;
5_DSC_2074.jpg;
5_DSC_2075.jpg;
5_DSC_2085.jpg;
5_DSC_2093.jpg;
5_DSC_2104.jpg;
5_DSC_2119.jpg;
5_DSC_2120.jpg;
5_DSC_2121.jpg;
5_DSC_2122.jpg;
5_DSC_2123.jpg;
5_DSC_2124.jpg;
5_DSC_2125.jpg;
6__DSC2134.jpg;
6__DSC2167.jpg;



6__DSC2176.jpg;
6__DSC2177.jpg;
6__DSC2178.jpg;
6__DSC2179.jpg;
6__DSC2182.jpg;
6__DSC2183.jpg;
6__DSC2185.jpg;
6__DSC2188.jpg;
6__DSC2190.jpg;
6__DSC2191.jpg;
8__DSC2200.jpg;
8__DSC2201.jpg;
8__DSC2205.jpg;
8__DSC2206.jpg;
8__DSC2208.jpg;
8__DSC2210.jpg;
8__DSC2214.jpg;
8__DSC2217.jpg;
8__DSC2219.jpg;
8__DSC2226.jpg;
8__DSC2229.jpg;
8__DSC2262.jpg;
8__DSC2264.jpg;
8__DSC2273.jpg;
8__DSC2274.jpg;
8__DSC2279.jpg;
8__DSC2292.jpg;
8__DSC2293.jpg;
8__DSC2302.jpg;
8__DSC2303.jpg;
8__DSC2304.jpg;

4_DSC_1732.jpg;
4_DSC_1734.jpg;
4_DSC_1735.jpg;
4_DSC_1737.jpg;
4_DSC_1739.jpg;
4_DSC_1745.jpg;
4_DSC_1747.jpg;
4_DSC_1748.jpg;
4_DSC_1749.jpg;
4_DSC_1751.jpg;
4_DSC_1752.jpg;
4_DSC_1753.jpg;
4_DSC_1755.jpg;
4_DSC_1762.jpg;
4_DSC_1765.jpg;
4_DSC_1768.jpg;
4_DSC_1770.jpg;
4_DSC_1775.jpg;
4_DSC_1806.jpg;
4_DSC_1807.jpg;
4_DSC_1820.jpg;
4_DSC_1832.jpg;
4_DSC_1843.jpg;
4_DSC_1855.jpg;
4_DSC_1856.jpg;
4_DSC_1857.jpg;

5_DSC_1889.jpg;
5_DSC_1902.jpg;
5_DSC_1905.jpg;
5_DSC_1907.jpg;
5_DSC_1908.jpg;
5_DSC_1910.jpg;
5_DSC_1914.jpg;
5_DSC_1916.jpg;
5_DSC_1917.jpg;
5_DSC_1921.jpg;
5_DSC_1922.jpg;
5_DSC_1923.jpg;
5_DSC_1925.jpg;
5_DSC_1928.jpg;
5_DSC_1929.jpg;
5_DSC_1930.jpg;
5_DSC_1933.jpg;
5_DSC_1951.jpg;
5_DSC_1952.jpg;
5_DSC_1953.jpg;
5_DSC_1970.jpg;
5_DSC_1972.jpg;
5_DSC_1973.jpg;
5_DSC_1974.jpg;

The_Parkshore_Condominium_Chicago_aerialdsc_0772.jpg;
Thornton_Quarry_aerial_dsc3846.jpg;
Thornton_Quarry_aerial_dsc3847.jpg;
Thornton_Quarry_aerial_dsc3849.jpg;
Thornton_Quarry_aerial_dsc3850.jpg;
Thornton_Quarry_aerialdsc_0253.jpg;
Thornton_Quarry_aerialdsc_0259.jpg;
University_of_Chicago_Booth_School_aerial_Midway_Plaisance_Parkdsc_052
6.jpg;
Valparaiso_Market_Place_Shopping_Center_aerialdsc_0231.jpg;
Waldorf_Astoria_Chicago_dsc2181.jpg;
Waldorf_Astoria_Chicago_pool_dsc2192.jpg;
Wrigley_Field_Chicago_aerialdsc_1044.jpg;
Wrigley_Field_Chicago_aerialdsc_1056.jpg;
Wrigley_Field_Chicago_aerialdsc_1061.jpg;
Wrigley_Global_Innovation_Center_Chicago_aerialdsc_1091.jpg;
Wyndham_Grand_Chicago_Riverfrontdsc_1652.jpg;
4_DSC_1633.jpg;
4_DSC_1639.jpg;
4_DSC_1641.jpg;
4_DSC_1644.jpg;
4_DSC_1659.jpg;
4_DSC_1664.jpg;
4_DSC_1667.jpg;
4_DSC_1668.jpg;
4_DSC_1669.jpg;
4_DSC_1672.jpg;
4_DSC_1673.jpg;
4_DSC_1677.jpg;
4_DSC_1679.jpg;
4_DSC_1680.jpg;
4_DSC_1681.jpg;
4_DSC_1683.jpg;

4_DSC_1684.jpg;
4_DSC_1689.jpg;
4_DSC_1690.jpg;
4_DSC_1691.jpg;
4_DSC_1694.jpg;
4_DSC_1701.jpg;
4_DSC_1702.jpg;
4_DSC_1704.jpg;
4_DSC_1708.jpg;
4_DSC_1709.jpg;
4_DSC_1711.jpg;
4_DSC_1716.jpg;
4_DSC_1718.jpg;
4_DSC_1720.jpg;
4_DSC_1721.jpg;
4_DSC_1729.jpg;
4_DSC_1730.jpg;
4_DSC_1731.jpg;

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** David Gordon Oppenheimer
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:** Performance Impressions LLC
**Name:** David Gordon Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Telephone:** (914)834-7030
**Address:** P.O. Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Gordon Oppenheimer

**Date**:   July 26, 2015

**Correspondence:**   Yes
**Copyright Office notes:**   Basis for Registration: Unpublished Collection