# Exhibit 4



Net Lease Investment Offering



## CVS Pharmacy (Retail Condo)
*520 S State Street*
*Chicago, Illinois*




# Table of Contents

### Offering Summary
Executive Summary ..................................................................... 1
Investment Highlights ................................................................. 2
Property Overview ...................................................................... 3

### Location Overview
Photographs ................................................................................. 4
Aerial ............................................................................................. 6
Site Plan ....................................................................................... 7
Location Maps ............................................................................. 8
Nearby Attractions ...................................................................... 9
Retail Map .................................................................................... 11
Transportation Map .................................................................... 12

### Market Overview
Market Overview ......................................................................... 13
Demographics ............................................................................. 14

### Tenant Summary
Tenant Profile .............................................................................. 15



Case: 1:26-cv-02691 Document #: 1-4 Filed: 03/10/26 Page 3 of 19 PageID #:48





CVS Pharmacy | Chicago, IL
Executive Summary

# EXECUTIVE SUMMARY

The Boulder Group is pleased to exclusively market for sale a single tenant retail condominium CVS Pharmacy located in downtown Chicago. CVS has ten years remaining in the primary term of the lease with one 5-year renewal option. CVS Pharmacy is an investment grade rated company (S&P: BBB+) and publicly traded on the New York Stock Exchange using symbol "CVS".

This trophy retail condominium is located in downtown Chicago just steps away from Grant Park and Michigan Avenue. The CVS property is located on the ground floor 180+ unit condo building and in a highly dense area with over 16,000 businesses and over 420,000 employees working within one mile of the store. There are also numerous schools in close proximity to the property including DePaul University (downtown Chicago campus), Columbia College Chicago, Roosevelt University, Robert Morris University Illinois and the School of the Art Institute of Chicago. The CVS is located at the hard corner of a signalized intersection along State Street and Congress Parkway (97,000 VPD). There are 58,841 people living within one miles of the property with an average household of $142,236.

CVS Pharmacy has over ten years remaining on their lease, which expires August 31, 2030 and features one 5-year renewal option with a 13% rental escalation. CVS Pharmacy is the nation's drugstore chain and total prescription revenue and operates 9,800+ locations in 49 states, the District of Columbia, Puerto Rico and Brazil.

*The adjacent retail condominium is available for sale: Link*





# CVS Pharmacy | Chicago, IL
## Investment Highlights

## INVESTMENT HIGHLIGHTS

- Trophy retail condominium is located in downtown Chicago just steps away from Grant Park and Michigan Avenue

- Located on the ground floor 180+ unit condo building

- Positioned in a highly dense area with over 16,000 businesses and over 420,000 employees working within one mile of the store

- Positioned at the hard corner of a signalized intersection along State Street and Congress Parkway (97,000 VPD)

- Near numerous schools in close proximity to the property including DePaul University (downtown Chicago campus), Columbia College Chicago, Roosevelt University, Robert Morris University Illinois and the School of the Art Institute of Chicago

- High barriers to entry

- Investment grade rated tenant (S&P: BBB+)

- 13% rental escalation in renewal option





# CVS Pharmacy | Chicago, IL
## Property Overview

## PROPERTY OVERVIEW

| | |
|---|---:|
| Price: | $5,269,820 |
| Cap Rate: | 5.00% |
| Net Operating Income: | $263,491 |
| Lease Expiration Date: | August 31, 2030 |
| Renewal Options: | One 5-Year |
| Rental Escalations: | $302,713 – First Option |
| Tenant: | Highland Park, CVS LLC |
| Guaranty: | CVS Corporation |
| Credit Rating: | BBB+ (Standard & Poor's) |
| Lease Type: | NNN – Retail Condominium |
| Rentable Square Feet: | 8,781 SF |





# CVS Pharmacy | Chicago, IL
## Photographs





# CVS Pharmacy | Chicago, IL
## Photographs









# CVS Pharmacy | Chicago, IL
### Aerial






# CVS Pharmacy | Chicago, IL
## Site Plan

*Adjacent retail condominium available*




CVS Pharmacy | Chicago, IL
Location Map



# CVS Pharmacy | Chicago, IL
## Nearby Attractions

## GRANT PARK

Grant Park is a large urban park (319 acres) in the Loop community area of Chicago, Illinois. Located within the city's central business district, the park's most notable features are Millennium Park, Buckingham Fountain, the Art Institute of Chicago, and the Museum Campus. Originally known as Lake Park, and dating from the city's founding, it was renamed in 1901 to honor US President Ulysses S. Grant. The park's area has been expanded several times through land reclamation, and was the focus of several disputes in the late 19th century and early 20th century over open space use. It is bordered on the north by Randolph Street, on the south by Roosevelt Road and McFetridge Drive, on the west by Michigan Avenue and on the east by Lake Michigan. The park contains performance venues, gardens, art work, sporting, and harbor facilities. It hosts public gatherings and several large annual events.



## MICHIGAN AVENUE

Michigan Avenue is a north-south street in Chicago, which runs at 100 east on the Chicago grid. The northern end of the street is at Lake Shore Drive on the shore of Lake Michigan in the Gold Coast Historic District. The street's southern terminus is at Sibley Boulevard in the southern suburb of Harvey, though like many Chicago streets it exists in several disjointed segments. As the home of the Chicago Water Tower, the Art Institute of Chicago, Millennium Park, and the shopping on the Magnificent Mile, it is a street well known to Chicago natives as well as tourists to the city. Michigan Avenue also is the main commercial street of Streeterville. It includes all of the Historic Michigan Boulevard District and most of the Michigan–Wacker Historic District, including the scenic urban space anchored by the Michigan Avenue Bridge.



## ART INSTITUTE OF CHICAGO

The Art Institute of Chicago, founded in 1879 and located in Chicago's Grant Park, is one of the oldest and largest art museums in the United States. Recognized for its curatorial efforts and popularity among visitors, the museum hosts approximately 1.5 million people annually. Its collection, stewarded by 11 curatorial departments, is encyclopedic, and includes iconic works such as Georges Seurat's A Sunday on La Grande Jatte, Pablo Picasso's The Old Guitarist, Edward Hopper's Nighthawks, and Grant Wood's American Gothic. Its permanent collection of nearly 300,000 works of art is augmented by more than 30 special exhibitions mounted yearly that illuminate aspects of the collection and present cutting-edge curatorial and scientific research.





# CVS Pharmacy | Chicago, IL
## Nearby Attractions

### THE CONGRESS PLAZA HOTEL
The Congress Plaza Hotel is located on South Michigan Avenue across from Grant Park in Chicago at 520 South Michigan Avenue. Its eleven story edifice was originally designed by architect Clinton J. Warren as an annex to the Auditorium Theater across the street. The two buildings were linked by a marble-lined underground passage called Peacock Alley. After opening for business in 1893, for the World's Columbian Exposition, the hotel underwent two major expansions and renovations, first in 1902 and then again in 1907 which brought the total complex up to 1 million square feet. The design and construction of these two additions were overseen by the firm of Holabird & Roche. The hotel now features 871 guest rooms and suites.



### ROOSEVELT UNIVERSITY
Roosevelt University is a private university with campuses in Chicago, Illinois and Schaumburg, Illinois. Founded in 1945, the university is named in honor of both former President Franklin Delano Roosevelt and First Lady Eleanor Roosevelt. The university enrolls around 4,400 students between its undergraduate and graduate programs. Roosevelt is also home to the Chicago College of Performing Arts. The university's newest academic building, Wabash, is located in The Loop of Downtown Chicago. It is the tallest educational building in Chicago, the second tallest educational building in the United States, and the fourth-largest academic complex in the world.





CVS Pharmacy | Chicago, IL
Retail Map





# CVS Pharmacy | Chicago, IL
## Transportation Map






# CVS Pharmacy | Chicago, IL
## Demographics

## DEMOGRAPHICS

### Population

|  | 0.25-Mile | 0.50-Mile | 1-Mile |
|---|---|---|---|
| Total Population: | 8,732 | 20,027 | 58,841 |
| Total Households: | 3,187 | 9,864 | 33,617 |

### Income

|  | 0.25-Mile | 0.50-Mile | 1-Mile |
|---|---|---|---|
| Average Household Income: | $137,450 | $133,146 | $142,236 |
| Median Household Income: | $106,386 | $99,496 | $104,753 |






CVS Pharmacy | Chicago, IL
Market Overview

# City of Chicago, Illinois

Chicago is the most populous city in the Midwestern United States and the third most populous city in the United States with 2,700,000 residents. Chicago is the county seat of Cook County, the second largest county in the United States. The Chicago MSA is the third most populated metropolitan area in the United States with 9,580,567 residents. The MSA covers over 1,300 square miles and six counties. Chicago has many nicknames, the best-known being the Windy City.

The Chicago metropolitan area is home to the corporate headquarters of 57 Fortune 1000 companies, including Boeing, McDonald's, Motorola, Discover Financial Services and United Airlines. Chicago is a major hub for industry, telecommunications and infrastructure and O'Hare International Airport is the second busiest airport in the world in terms of traffic movement.

The metro is a major financial center in North America, and is home to the largest futures exchange in the United States, the CME Group. Chicago is third in the world on the Global Financial Centers Index which ranks the competitiveness of financial centers based on people, business environment, market access, infrastructure and general competitiveness. As of 2016, Chicago had the third largest gross metropolitan product in the United States at $630.3 billion.

The city of Chicago also hosts 12 Fortune Global 500 companies and 17 Financial Times 500 companies. The city claims one Dow 30 company: aerospace giant Boeing, which moved its headquarters from Seattle to the Chicago Loop in 2001. Two more Dow 30 companies, Kraft Foods and McDonald's are in the Chicago suburbs, as are Sears Holdings Corporation and the technology spin-offs of Motorola. The headquarters of United Continental Holdings, are in the United Building and its operations center and its United Airlines subsidiary are in the Willis Tower in Chicago.

In 2014, Chicago attracted 50.17 million domestic leisure travelers, 11.09 million domestic business travelers and 1.308 million overseas visitors. These visitors contributed more than $13.7 billion to Chicago's economy. Upscale shopping along the Magnificent Mile and State Street, thousands of restaurants, as well as Chicago's eminent architecture, continue to draw tourists. The city is the United States' third-largest convention destination. A 2011 study by Walk Score ranked Chicago the fourth most walkable of fifty largest cities in the United States.

www.cityofchicago.org





# CVS Pharmacy | Chicago, IL
## Tenant Overview



## CVS Pharmacy

CVS Pharmacy is engaged in the retail drugstore business. The Company operates 9,800+ locations in 49 states, the District of Columbia, Puerto Rico and Brazil. CVS Pharmacy is the nation's drugstore chain and total prescription revenue. As a retail division of CVS Caremark, CVS Pharmacy retail locations sell prescription drugs and a wide variety of general merchandise including over-the-counter medication, beauty products and cosmetics, film and photo finishing services, seasonal merchandise and convenience foods. CVS Pharmacy also offers healthcare services through their MinuteClinic locations, most of which are located within their stores. CVS is headquartered in Woonsocket, Rhode Island and was founded in 1963.

CVS Pharmacy is a publicly traded company on the New York Stock Exchange (Symbol: CVS) with a market capitalization in excess of $80 billion. CVS is an investment grade rated tenant with a Standard & Poor's rating of BBB+.

| | |
|---|---|
| Website: | www.cvs.com |
| Founded: | 1963 |
| Number of Locations: | 9,800+ |
| Number of Employees: | 240,000+ |
| Stock Symbol: | CVS (New York Stock Exchange) |
| Standard & Poor's Rating: | Investment Grade: BBB+ |
| Headquarters: | Woonsocket, Rhode Island |



## CONFIDENTIALITY & DISCLAIMER

The information contained in the following Offering Memorandum is proprietary and strictly confidential. It is intended to be reviewed only by the party receiving it from The Boulder Group and should not be made available to any other person or entity without the written consent of The Boulder Group.

This Offering Memorandum has been prepared to provide summary, unverified information to prospective purchasers, and to establish only a preliminary level of interest in the subject property. The information contained herein is not a substitute for a thorough due diligence investigation. The Boulder Group has not made any investigation, and makes no warranty or representation.

The information contained in this Offering Memorandum has been obtained from sources we believe to be reliable; however, The Boulder Group has not verified, and will not verify, any of the information contained herein, nor has The Boulder Group conducted any investigation regarding these matters and makes no warranty or representation whatsoever regarding the accuracy or completeness of the information provided. All potential buyers must take appropriate measures to verify all of the information set forth herein.

### EXCLUSIVELY LISTED BY:



**RANDY BLANKSTEIN**
President
847-562-0003
randy@bouldergroup.com

**JIMMY GOODMAN**
Partner
847-562-8500
jimmy@bouldergroup.com

The Boulder Group
3520 Lake Avenue, Suite 203
Wilmette, Illinois 60091

www.bouldergroup.com