# Exhibit 6



# Net Lease Investment Offering

## CVS Pharmacy (Retail Condo)
### 520 S State Street
### Chicago, Illinois

**THE Boulder GROUP**

---

# CVS Pharmacy | Chicago, IL
## Table of Contents

**TABLE OF CONTENTS**

**Offering Summary**
- Executive Summary ..................................................................1
- Investment Highlights .............................................................2
- Property Overview ...................................................................3

**Location Overview**
- Photographs ............................................................................4
- Aerial .........................................................................................6
- Site Plan ...................................................................................7



**NET LEASE INVESTMENT OFFERING**

# ILLINOIS MEDIA SCHOOL (RETAIL CONDO)
*530 S STATE STREET*
*CHICAGO, ILLINOIS*




## ILLINOIS MEDIA SCHOOL | CHICAGO, IL
### TABLE OF CONTENTS

**TABLE OF CONTENTS**

**OFFERING SUMMARY**
Executive Summary ................................................................. 1
Investment Highlights ............................................................. 2
Property Overview ................................................................... 3

**LOCATION OVERVIEW**
Photographs ............................................................................. 4
Aerial ......................................................................................... 6
Site Plan .................................................................................... 7

