# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: OPPENHEIMER v. BOULDER   Case Number: 1:26-cv-02691
GROUP INC., et al.

An appearance is hereby filed by the undersigned as attorney for:
PLAINTIFF DAVID GORDON OPPENHEIMER

Attorney name (type or print):  ILYA G. ZLATKIN

Firm:    ZLATKIN CANN ENTERTAINMENT

Street address:     4245 N. KNOX AVE.

City/State/Zip:    CHICAGO, IL 60641

Bar ID Number:  6314344                     Telephone Number:    (312) 809-8022
(See item 3  in instructions)

Email Address: ILYA@ZCE.LAW

Are you acting as lead counsel in this case?                     ☒ Yes    ☐ No

Are you a member of the court's general bar?                     ☒ Yes    ☐ No

Are you a member of the court's trial bar?                       ☐ Yes    ☒ No

Are you appearing *pro hac vice*?                                ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?  ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/10/2026

Attorney signature:    S/ ILYA G. ZLATKIN _____
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023