# AFFIDAVIT OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **CASE NUMBER:** | 1:26-CV-02691 |
| **PLAINTIFFS:** | David Gordon Oppenheimer |
| **DEFENDANTS:** | Boulder Group Inc. and Philip R. Blankstein |
| **ENTITY TO BE SERVED:** | Boulder Group Inc. |
| **REGISTERED AGENT:** | Philip R. Blankstein |
| **REGISTERED AGENT ADDRESS:** | 3520 Lake Avenue Suite 203 |
| | Wilmette, IL 60091 |

I, Jason Wagenius, acting as an agent of Acumen Probe LLC, Illinois License #117-001088, certify that service was executed on the above listed entity as follows:

| | |
|---|---|
| **DATE OF SERVICE:** | April 20, 2026 |
| **TIME OF SERVICE:** | 10:45/AM |
| **DOCUMENTS SERVED:** | Summons in a Civil Action |
| | Complaint and Jury Demand |
| | Exhibits |
| **SERVICE TYPE:** | Personal |
| **INDIVIDUAL SERVED:** | Philip R. Blankstein |
| **PHYSICAL DESCRIPTION:** | Male / White, 55 YOA, approximately 5'09 Tall, 200 lbs., Brown Hair |
| **LOCATION OF SERVICE:** | Above Listed Registered Agent Address |
| **LOCATION TYPE:** | Commercial Office |

I declare under penalties as provided by law pursuant to Section 5/1-109 of the State of Illinois Code of Procedure that the statements set forth are true and correct.

**Signature:**

Jason Wagenius
Acumen Probe LLC
Illinois License #117-001088

4-23-26

Date

Subscribed and sworn to before me, a Notary Public, this _____22_____ day of ___April___, 2026.

Shannon A. Warford

Notary Public

SHANNON L WARFORD
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 0974490
My Commission Expires July 06, 2027

7837-IZ

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois ☐ ▾

|  |  |  |
|---|---|---|
| David Gordon Oppenheimer | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-02691 |
| Boulder Group Inc., et al. | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOULDER GROUP INC.
3520 LAKE AVENUE, SUITE 2023
WILMETTE, IL 60091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZLATKIN CANN ENTERTAINMENT
ATTN: ILYA G. ZLATKIN
4245 N. KNOX AVE.
CHICAGO, IL 60641

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date:  April 14, 2026

_____
(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-02691

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: