# AFFIDAVIT OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **CASE NUMBER:** | 1:26-CV-02691 |
| **PLAINTIFFS:** | David Gordon Oppenheimer |
| **DEFENDANTS:** | Boulder Group Inc. and Philip R. Blankstein |
| **INDIVIDUAL TO BE SERVED:** | Philip R. Blankstein |
| **OFFICE ADDRESS:** | 3520 Lake Avenue Suite 203 |
| | Wilmette, IL  60091 |

I, Jason Wagenius, acting as an agent of Acumen Probe LLC, Illinois License #117-001088, certify that service was executed on the above listed individual as follows:

| | |
|---|---|
| **DATE OF SERVICE:** | April 20, 2026 |
| **TIME OF SERVICE:** | 10:45/AM |
| **DOCUMENTS SERVED:** | Summons in a Civil Action |
| | Complaint and Jury Demand |
| | Exhibits |
| **SERVICE TYPE:** | Personal |
| **INDIVIDUAL SERVED:** | Philip R. Blankstein |
| **PHYSICAL DESCRIPTION:** | Male / White, 55 YOA, approximately 5'09 Tall, 200 lbs., Brown Hair |
| **LOCATION OF SERVICE:** | Above Listed Office Address |
| **LOCATION TYPE:** | Commercial Office |

I declare under penalties as provided by law pursuant to Section 5/1-109 of the State of Illinois Code of Procedure that the statements set forth are true and correct.

**Signature:** _Jason Wagenius_
Jason Wagenius
Acumen Probe LLC
Illinois License #117-001088

4-23-26
Date

Subscribed and sworn to before me, a Notary Public, this ___22___ day of ___April___, 2026.

_Shannon A. Warford_
Notary Public

SHANNON L WARFORD
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 0974490
My Commission Expires July 06, 2027

7837-IZ

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois ▾

| | | |
|---|---|---|
| David Gordon Oppenheimer | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-02691 |
| Boulder Group Inc., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PHILIP R. BLANKSTEIN
888 VALLEY ROAD
GLENCOE, IL 60022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZLATKIN CANN ENTERTAINMENT
ATTN: ILYA G. ZLATKIN
4245 N. KNOX AVE.
CHICAGO, IL 60641

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK



Date: April 14, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-02691

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: