**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID GORDON OPPENHEIMER,

      Plaintiff,

      v.

BOULDER GROUP INC., and

PHILIP R. BLANKSTEIN

      Defendants.

Case No.  1:26-cv-02691

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Boulder Group Inc. and Philip R. Blankstein by and through their undersigned counsel, hereby respectfully move this Court for a sixty (60) day extension of time, until July 10, 2026, to file a responsive pleading in this matter.  In support of this unopposed Motion, Defendants state as follows:

1.      On March 10, 2026, Plaintiff David Gordon Oppenheimer, ("Plaintiff") filed his Complaint in the United States District Court for the Northern District of Illinois.  [Dkt. 1].

2.      On April 20, 2026, Plaintiff served Philip R. Blankstein (individually), and Boulder Group Inc.'s registered agent with a summons and a copy of the Complaint. [Dkt. 8 and 9].

3.      Accordingly, Defendants' deadline to file a responsive pleading was set for May 11, 2026.

4.      On May 7, 2025, Defendants retained the law offices of Neal, Gerber & Eisenberg LLP to represent them as legal counsel in this matter.

5.      This is Defendants' first request for an extension of time to answer or otherwise plead. Defendants do not bring this motion for the purpose of delay, but instead to ensure that they

have proper time to begin their initial investigation into this matter, to allow counsel to confer with one another, to allow sufficient time to review the underlying facts and circumstances, and to fulfill its responsive pleading obligations.

6.      Counsel for Defendants has communicated with counsel for Plaintiff regarding the requested extension of time.  Plaintiff's counsel has confirmed that they do not oppose this Motion.

WHEREFORE, Boulder Group Inc. and Philip R. Blankstein respectfully request that this Court enter an Order extending the time for them to file their answer or other responsive pleading to July 10, 2026, and that the subsequent dates for the telephonic status hearing and joint initial status report [Dkt 4] be re-set accordingly.

Dated: May 8, 2026

Respectfully submitted,

**BOULDER GROUP INC. and PHILIP R. BLANKSTEIN**

*/s/ Andrea S. Fuelleman*
Andrea Fuelleman (afuelleman@nge.com)
Adam Masia (amasia@nge.com)
NEAL, GERBER & EISENBERG LLP
225 W. Randolph St., Suite 2800
Chicago, IL 60606
Phone: (312) 269-8000
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **Defendants Motion for Extension of Time to Answer or Otherwise Plead** was served upon all counsel of record via the Court's CM/ECF electronic filing system on May 8, 2026.

By: */s/ Andrea S. Fuelleman*
One of Defendants' Attorneys