**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

David Gordon Oppenheimer

                              Plaintiff,

v.                                                    Case No.: 1:26–cv–02691
                                                      Honorable Jorge L. Alonso

Boulder Group Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 11, 2026:

     MINUTE entry before the Honorable Jorge L. Alonso: Defendants' Unopposed Motion for extension of time to answer or otherwise plead [12] is granted to 7/10/26. Motion hearing date of 5/14/26 is stricken. Telephonic status hearing previously set for 5/28/26 is stricken and reset to 7/23/2026 at 9:30 a.m. The parties shall file a joint status report by 7/20/26. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.