**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID GORDON OPPENHEIMER,

          Plaintiff,

      v.

BOULDER GROUP INC., and

PHILIP R. BLANKSTEIN

          Defendants.

Case No.  1:26-cv-02691

Honorable Jorge L. Alonso

**NOTICE OF MOTION**

On July 16, 2026, at 9:30 a.m. CST, or as soon thereafter as counsel may be heard, the undersigned shall appear before Judge Jorge L. Alonso in the United States District Court for the Northern District of Illinois Eastern Division, in Courtroom 1903 of the Dirksen U.S. Courthouse, located at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Defendants Boulder Group Inc. and Philip R. Blankstein's Second Unopposed Motion for Extension of Time to Answer or Otherwise Plead**.

Dated: June 30, 2026

Respectfully submitted,

**BOULDER GROUP INC. and PHILIP R. BLANKSTEIN**

*/s/ Andrea S. Fuelleman*
Andrea Fuelleman (afuelleman@nge.com)
Adam Masia (amasia@nge.com)
NEAL, GERBER & EISENBERG LLP
225 W. Randolph St., Suite 2800
Chicago, IL 60606
Phone: (312) 269-8000
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of **Notice of Motion** was served upon

all counsel of record via the Court's CM/ECF electronic filing system on June 30, 2026.

By: */s/ Andrea S. Fuelleman*
One of Defendants' Attorneys