**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer

                      Plaintiff,

v.                                      Case No.: 1:26–cv–02691
                                      Honorable Jorge L. Alonso

Boulder Group Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's unopposed motion [15] for extension of time to file answer is granted. Defendant shall answer or otherwise respond to the complaint by 9/8/26. Telephonic status hearing set for 7/23/26 is stricken. Joint initial status report is due 9/8/26. Presentment of motion set for 7/16/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.