**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br><br>Boulder Group Inc. and<br>Philip R. Blankstein,<br><br>Defendants. | Case No: 1:26-cv-02691<br><br>Dist. Judge Jorge L. Alonso<br><br>Mag. Judge Beth W. Jantz |

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TO RESET RELATED DEADLINES**

Plaintiff David Gordon Oppenheimer ("Plaintiff") and Defendants Boulder Group Inc. and Philip R. Blankstein (collectively, "Defendants," and together with Plaintiff, "Parties"), by and through their respective undersigned counsel, jointly move this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for a sixty (60) day extension of the deadline for Defendants to answer or otherwise plead in response to the Complaint, and for a corresponding extension of the deadline for the Parties to file their joint initial status report. In support of this Joint Motion, the Parties state as follows:

1. On March 10, 2026, Plaintiff filed his Complaint asserting claims for copyright infringement under the United States Copyright Act, 17 U.S.C. § 501, and for violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1202(a) and 1202(b). [Dkt. 1].

2. On April 20, 2026, Plaintiff served Philip R. Blankstein and the registered agent for Boulder Group Inc. with a summons and a copy of the Complaint. [Dkt. 8; Dkt. 9]. Defendants' deadline to answer or otherwise plead was initially set for May 11, 2026.

3. On May 11, 2026, the Court granted the Parties' first requested extension and set Defendants' deadline to answer or otherwise plead for July 10, 2026. [Dkt. 14].

4. On July 2, 2026, the Court granted the Parties' second requested extension and set Defendants' deadline to answer or otherwise plead for September 8, 2026. The Court further ordered the Parties to file a joint initial status report by September 8, 2026. [Dkt. 17].

5. This action involves claims under the Copyright Act and the DMCA, including questions concerning the creation, ownership, and use of Plaintiff's photographic work and the copyright management information associated with it, which the Parties continue to review and assess.

6. Since the Court's most recent order, the Parties have continued in good faith to work toward a potential resolution of this matter, including through the exchange of correspondence between counsel and the voluntary exchange of information bearing on the claims and potential defenses.

7. In light of the nature of the issues presented, the Parties' ongoing exchange of information and settlement discussions, and the Parties' respective schedules, the Parties jointly submit that additional time is warranted to allow them to continue these efforts and to narrow or resolve the issues in dispute in a manner that conserves both the Parties' and the Court's resources.

8. Accordingly, the Parties jointly request another sixty (60) day extension of Defendants' deadline to answer or otherwise plead, from September 8, 2026, to and including November 7, 2026 (which is a Saturday), and a corresponding extension of the

deadline to file the joint initial status report to the same date (or the business day immediately following such date).

9. This Joint Motion is brought jointly by all Parties and is not opposed by any Party. The Parties do not bring this Joint Motion for any improper purpose or for the purpose of delay, but rather to promote the efficient and orderly progress of this matter and to conserve judicial and party resources.

WHEREFORE, the Parties respectfully request that this Court enter an Order (i) extending Defendants' deadline to answer or otherwise plead to and including November 7, 2026 (or the business day immediately following such date); (ii) extending the deadline for the Parties to file their joint initial status report to and including such extended date; (iii) resetting any related case management dates accordingly; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: September 4, 2026

Respectfully submitted,

OPPENHEIMER

By: */s/ Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*

Respectfully submitted,

DEFENDANTS

By: */s/ Andrea S. Fuelleman*
Andrea S. Fuelleman
Adam H. Masia
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, Illinois 60606
Tel: (312) 269-8000
afuelleman@nge.com
amasia@nge.com

*Attorneys for Defendants Boulder Group Inc. and Philip R. Blankstein*