**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer

Plaintiff,

v.

Case No.: 1:26−cv−02691
Honorable Jorge L. Alonso

Boulder Group Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The parties have filed a joint motion [18] for extension. This is the parties' third motion for extension. The motion is granted in that the Court will allow Defendants to answer by 10/9/26. The parties shall also file a joint status report by 10/9/26. The Court will not continue to grant motions for extension absent good cause. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.