**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br><br>Boulder Group Inc. and<br>Philip R. Blankstein,<br><br>Defendants. | Case No: 1:26-cv-02691<br><br>Dist. Judge Jorge L. Alonso<br><br>Mag. Judge Beth W. Jantz |

**JOINT REQUEST FOR EARLY SETTLEMENT CONFERENCE**

Plaintiff David Gordon Oppenheimer ("Plaintiff") and Defendants Boulder Group Inc. and Philip R. Blankstein (collectively, "Defendants," and together with Plaintiff, "Parties"), by and through their respective undersigned counsel, jointly request that the Court set this case for an early settlement conference and that the deadline for Defendants' answer and the Joint Status Report be stayed until after the settlement conference. In support of this Joint Request, the Parties state as follows:

1. The Parties have continued in good faith to work toward a potential resolution of this matter, including through the exchange of correspondence between counsel and the voluntary exchange of information bearing on the claims and potential defenses. The Parties remain at odds in their positions, but they jointly believe that an early settlement conference administered by the Magistrate Judge could serve as an avenue toward bridging their divide and resolving the case. The Parties therefore request that the Court refer this case to the Magistrate Judge for administration of an early settlement conference.

2. The Parties acknowledge that the Court has indicated that it will not continue to grant motions for extension absent good cause. [Dkt. 19]. The Parties believe that the

referral of the case to the Magistrate Judge for administration of an early settlement conference would constitute the requisite good cause. The Parties therefore request that the Court postpone Defendants' response deadlines and the deadline for submitting the Joint Status Report pending the resolution of any potential Court-administered settlement conference.

3. This Joint Request is brought jointly by all Parties and is not opposed by any Party. The Parties do not bring this Joint Request for any improper purpose or for the purpose of delay, but rather to promote the efficient and orderly progress of this matter and to conserve judicial and party resources.

Dated: September 25, 2026

Respectfully submitted,

OPPENHEIMER

By: /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*

Respectfully submitted,

DEFENDANTS

By: /s/ *Andrea S. Fuelleman*
Andrea S. Fuelleman
Adam H. Masia
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, Illinois 60606
Tel: (312) 269-8000
afuelleman@nge.com
amasia@nge.com

*Attorneys for Defendants Boulder Group Inc. and Philip R. Blankstein*