**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer
Plaintiff,
v.
Case No.: 1:26−cv−02691
Honorable Jorge L. Alonso
Boulder Group Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court grants the parties' request [20] for a settlement conference. This case is REFERRED to the Magistrate Judge for supervision of a settlement conference. Date of 10/9/26 set for Defendant to answer and for the parties to file a joint status report is stricken. The parties shall file a joint status report within five days of the settlement conference updating the Court regarding the status of settlement. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.