**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer
Plaintiff,
v.
Case No.: 1:26−cv−02691
Honorable Jorge L. Alonso
Boulder Group Inc., et al.
Defendant.

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: settlement conference. (lf, )Notice mailed by Judge's staff.

Dated: September 28, 2026

/s/ Jorge L. Alonso
United States District Judge