**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer
Plaintiff,
v.
Boulder Group Inc., et al.
Defendant.

Case No.: 1:26−cv−02691
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 10/8/26. The Court is in receipt of settlement positions from the parties. The parties agree to submit blind negotiating brackets. Both parties' blind brackets are due to the Court's settlement inbox (settlement_correspondence_jantz@ilnd.uscourt s.gov) by 10/16/26. The parties should send this information to the Court only, and not to opposing counsel. The Court will follow up with the parties upon receipt of the parties' blind brackets. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.