**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer
Plaintiff,
v.
Case No.: 1:26−cv−02691
Honorable Jorge L. Alonso
Boulder Group Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Settlement conference pre call held. Based on the blind brackets provided by the parties, the parties' settlement positions are too far apart for a productive settlement conference at this point, and the parties will need to continue with discovery. As this case was only referred for settlement [22], but this Court is happy to assist the District Judge or these parties in the future if helpful. All matters relating to the referral of this case having been completed, the referral is closed and the case is returned to the assigned judge. Judge Beth W. Jantz no longer referred to the case. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.